UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Shirley J. Anderson<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-14562<br><br>Chapter: 7<br>Honorable LaShonda Hunt |

**Order Denying Motion to Compel Shirley Anderson to Comply with Subpoena**

The motion to compel Shirley Anderson to comply with subpoena filed by Aaliyah Griffin is denied for want of prosecution.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: April 03, 2020